UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
  WARREN W. PATTERSON,

                Plaintiff,

v.

ROBERT DIGGS, et al.,

                Defendants,

-------------------------------------------------------X

**ORDER**

18-cv-03142 (PMH)

PHILIP M. HALPERN, United States District Judge:

       Counsel for plaintiff and Corey Woods, defendant pro se, appeared by telephone today for a case management telephone conference.

       A status letter concerning the parties' efforts to settle the case is due by 6/5/20. Plaintiff is directed to file the status letter via ECF and provide a copy to defendant Woods.

       With respect to plaintiff's request to enter a default judgment against Paddle 8, Inc., the application previously made was terminated by the Clerk's Office, and as such, there is no motion or other application pending before this Court. Plaintiff is directed to comply with my Individual Practices and file his motion for a default judgment in accordance therewith, specifically Attachment A.

       Counsel for Plaintiff is instructed to deliver a copy of this Order to defendant Woods.

SO ORDERED.

Dated:  New York, New York
          May 28, 2020

                                                          Philip M. Halpern
                                                          United States District Judge