UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
WARREN W. PATTERSON,

                        Plaintiff,

v.                                                                         **ORDER**

ROBERT DIGGS, et al.,                                   18-cv-03142 (PMH)

                        Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      WHEREAS, the Order dated June 8, 2020, required counsel for the plaintiff to file a status letter concerning settlement by July 31, 2020 (Doc. 116);

      WHEREAS, counsel for the plaintiff failed to submit the letter. It is hereby

      ORDERED that, by October 16, 2020, counsel for plaintiff shall file the status letter.

SO-ORDERED:

Dated: New York, New York
       October 14, 2020

_____
Philip M. Halpern
United States District Judge